## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

MARK H. HECKENDORF,

  Plaintiff,

v.                                         CASE NO.: 6:23-cv-02301-ACC-EJK

TRANS UNION LLC and DNF ASSOCIATES,

  Defendants.

_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AS TO TRANS UNION LLC

COMES NOW Plaintiff, MARK H. HECKENDORF and the one remaining Defendant, TRANS UNION LLC, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(iii), hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff, against the Defendant TRANS UNION LLC, in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses. Respectfully submitted this 8th day of April, 2024.

**/s/ Frank H. Kerney, III**
Frank H. Kerney, III, Esq.
Florida Bar #: 88672
Tennessee Bar #: 035859
The Consumer Lawyers, PLLC
412 E. Madison St, Ste 916
Tampa, FL 33602
Telephone: (844) 855-9000
Facsimile: (844) 951-3933
Primary Email:
Frank@theconsumerlawyers.com
Secondary Email:
Lisa@theconsumerlawyers.com
*Attorney for Plaintiff*

/s/Charlotte Long
Charlotte Long, Esq.
Florida Bar No. 0112517
Charlotte.long@transunion.com
Trans Union, LLC
555 W. Adams Street
Chicago, IL 60661
Telephone: 469-578-1464
**Counsel for Defendant,
Trans Union, LLC**

/s/Brittan J. Mills
Brittany J. Mills, Esq.
FL Bar No. 1018337
10151 Deerwood Park Bouelvard
Building 300, Suite 300
T: (904) 660-0020
F: (904) 660-0029
E: bmills@lippes.com
ddoub@lippes.com
*Attorneys for Defendant
DNF Associates, LLC*

2