UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MARK H. HECKENDORF,

  Plaintiff,

v.                                      CASE NO.: 6:23-cv-02301-ACC-EJK

TRANS UNION LLC and DNF
ASSOCIATES,

  Defendants.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DNF ASSOCIATES

COMES NOW Plaintiff, MARK H. HECKENDORF and the one remaining Defendant, DNF ASSOCIATES, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(iii), hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff, against the Defendant DNF ASSOCIATES, in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses. Respectfully submitted this 17th day of June, 2024.

**/s/ Frank H. Kerney, III**
Frank H. Kerney, III, Esq.
Florida Bar #: 88672
Tennessee Bar #: 035859
The Consumer Lawyers, PLLC
412 E. Madison St, Ste 916
Tampa, FL 33602
Telephone: (844) 855-9000
Facsimile: (844) 951-3933
Primary Email:
Frank@theconsumerlawyers.com
Secondary Email:
Lisa@theconsumerlawyers.com
*Attorney for Plaintiff*

/s/Brittany J. Mills
Brittany J. Mills, Esq.
FL Bar No. 1018337
10151 Deerwood Park Bouelvard
Building 300, Suite 300
T: (904) 660-0020
F: (904) 660-0029
E: bmills@lippes.com
ddoub@lippes.com
*Attorneys for Defendant DNF Associates, LLC*

*/s/ Charlotte Long*
Charlotte Long, Esq.
Florida Bar No. 0112517
Charlotte.long@transunion.com
Trans Union, LLC
555 W. Adams Street
Chicago, IL 60661
Telephone: 469-578-1464
**Counsel for Defendant, Trans Union, LLC**